## SKEETER v. STATE.
### No. 15054.

Court of Criminal Appeals of Texas.
March 16, 1932.

Wm. F. Jackson, of Hempstead, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### HAWKINS, J.

Conviction is for possessing equipment for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

The record is before us without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.